```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

ROBIN M. LEE, #A0135179,        ) CIV. NO. 13-00468 SOM/RLP
                                )
              Petitioner,       ) ORDER DENYING REQUEST FOR
                                ) RECONSIDERATION
         vs.                    )
                                )
ANY CITY JAIL OR STATE          )
(ASYLUM) PRISON, et al.,        )
                                )
              Respondents.      )
_____ )
```

## ORDER DENYING REQUEST FOR RECONSIDERATION

On September 30, 2013, the court dismissed Petitioner's petition for writ of habeas corpus for lack of jurisdiction and denied his request for waiver of fees. *See* ECF No. 6.  The largely incomprehensible Petition sought the court's assistance in obtaining a presidential pardon.  Petitioner now moves to amend his Petition, seeks appointment of counsel, and requests *in forma pauperis* status.  ECF Nos. 8-9.

Petitioner discusses past United States Attorney for the District of Hawaii Daniel Bent, former Hawaii Governor John Waihee, City and County Prosecutor Keith Kaneshiro, businessmen Walter Dods and Donald Trump, and actress Eva Mendes.  Petitioner does not clarify his claims or explain these individuals' relation to his claims.  He says they told him he is worth $10 billion, and mentions $40 billion.  The Motion is incoherent.

Petitioner provides no persuasive reason for the court to reconsider its decision to dismiss this action and deny his

request for waiver of funds.  He sets forth no intervening change in controlling law, new evidence, or need to correct clear error or prevent manifest injustice.  *See White v. Sabatino*, 424 F. Supp. 2d 1271, 1274 (D. Haw. 2006) (citing *Mustafa v. Clark Cnty. Sch. Dist.*, 157 F.3d 1169, 1178-79 (9th Cir. 1998)).  Petitioner's motion for leave to amend the Petition, request for appointment of counsel, and *in forma pauperis* application, construed as a motion for reconsideration, are DENIED.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, October 8, 2013.



       /s/ Susan Oki Mollway
       Susan Oki Mollway
       Chief United States District Judge

*Lee v. Any City Jail,* 1:13-cv-00468 SOM/RLP; G:\docs\prose attys\Recon\DMP\2013\RMSLee 13-468 SOM (dsmd hab & dny ifp).wpd